AARON D. FORD
Attorney General
Craig A. Newby (Bar No. 8591)
Deputy Solicitor General
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
cnewby@ag.nv.gov
*Attorneys for State Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JONAH GOLD,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN SANDOVAL, in his official capacity as PRESIDENT OF THE UNIVERSITY OF NEVADA, RENO; MELODY ROSE, in her official capacity as CHANCELLOR OF BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, a political subdivision of the State of Nevada; LISA SHERYCH, in her official capacity as ADMINISTRATOR OF DEPARTMENT OF HEALTH AND HUMAN SERVICES NEVADA DIVISION OF PUBLIC AND BEHAVIORAL HEALTH; STEVE SISOLAK, in his official capacity as GOVERNOR OF THE STATE OF NEVADA; and John and Jane Does 1 through 100,<br><br>    Defendants. | Case No. 3:21-cv-00480-JVS-CLB<br><br>**ORDER TO CONTINUE REPLY DEADLINE FOR MOTIONS TO DISMISS**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1 and Local Rule C 7-1, Plaintiff Jonah Gold; Defendants Brian Sandoval, in his official capacity as President of the University of Nevada, Reno; Melody Rose, in her official capacity as Chancellor of Board of Regents of the Nevada System of Higher Education, a political subdivision of the State of Nevada; Lisa Sherych, in her official capacity as Administrator of the Division of Public and Behavioral Health for the Nevada Department of Health and Human Services, and Steve Sisolak, in his official capacity as Governor of the State of Nevada (collectively the "Parties") hereby stipulate to continue Defendants' deadline to reply in support of their pending motions to dismiss (ECF

Nos. 28 & 30) from **Monday, December 27, 2021** until **Monday, January 10, 2022**. This is the first request for an extension.

The parties request this extension for multiple reasons. First, on December 21, 2021, the Nevada Legislative Commission did not approve a permanent regulation for an NSHE COVID-19 vaccination policy for students. As of right now, Plaintiff can register for spring semester courses at the University of Nevada, Reno. Second, the conflicting schedules of the parties' counsel during the holiday season inhibits the ability to discuss this recent development to determine whether or how to proceed with this case.

The proposed extension will allow the parties to have this discussion without prejudice to any party.

DATED this 23rd day of December, 2021.

AARON D. FORD
Attorney General

By: /s/ *Craig A. Newby*
    Craig A. Newby (Bar No. 8591)
    Deputy Solicitor General
    *Attorneys for State Defendants*

THE NEVADA SYSTEM OF HIGHER EDUCATION

By: /s/ *Yvonne Nevarez-Goodson*
    Joseph C. Reynolds (Bar No. 8630)
    Chief General Counsel
    Yvonne Nevarez-Goodson (Bar No. 8474)
    Deputy General Counsel
    *Attorneys for NSHE Defendants*

DATED this 23rd day of December, 2021.

JENNINGS & FULTON, LTD.

By: /s/ *Adam Fulton*
    Adam Fulton (Bar No. 11572)

    Joseph S. Gilbert (Bar No. 9033)
    Roger O'Donnell (Bar No. 14593)
    Joey Gilbert & Associates
    *Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED this 28th day of December, 2021.

_____
UNITED STATES DISTRICT COURT CLERK