1   AARON D. FORD
      Attorney General
2   Craig A. Newby (Bar No. 8591)
      Deputy Solicitor General
3   Office of the Attorney General
    555 E. Washington Ave, Ste. 3900
4   Las Vegas, NV 89101
    (702) 486-3420 (phone)
5   (702) 486-3773 (fax)
    cnewby@ag.nv.gov
6   *Attorneys for State Defendants*

7               **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9   JONAH GOLD,                                  Case No. 3:21-cv-00480-JVS-CLB

10              Plaintiff,
      vs.
11
                                                 **STIPULATION AND ORDER TO**
12  BRIAN SANDOVAL, in his official capacity     **CONTINUE REPLY DEADLINE**
    as PRESIDENT OF THE UNIVERSITY OF            **FOR MOTIONS TO DISMISS**
    NEVADA, RENO; MELODY ROSE, in her
13  official capacity as CHANCELLOR OF
    BOARD OF REGENTS OF THE NEVADA               **(Third Request)**
14  SYSTEM OF HIGHER EDUCATION, a
    political subdivision of the State of Nevada;
15  LISA SHERYCH, in her official capacity as
    ADMINISTRATOR OF DEPARTMENT OF
16  HEALTH AND HUMAN SERVICES
    NEVADA DIVISION OF PUBLIC AND
17  BEHAVIORAL HEALTH; STEVE SISOLAK,
    in his official capacity as GOVERNOR OF
18  THE STATE OF NEVADA; and John and
    Jane Does 1 through 100,
19
                Defendants.
20

21          Pursuant to Local Rule IA 6-1 and Local Rule C 7-1, Plaintiff Jonah Gold; Defendants

22  Brian Sandoval, in his official capacity as President of the University of Nevada, Reno;

23  Melody Rose, in her official capacity as Chancellor of Board of Regents of the Nevada

24  System of Higher Education, a political subdivision of the State of Nevada; Lisa Sherych,

25  in her official capacity as Administrator of the Division of Public and Behavioral Health for

26  the Nevada Department of Health and Human Services, and Steve Sisolak, in his official

27  capacity as Governor of the State of Nevada (collectively the "Parties") hereby stipulate to

28  continue Defendants' deadline to reply in support of their pending motions to dismiss (ECF

1 │ Nos. 28 & 30) from **Tuesday, January 18, 2022** until **Monday, January 31, 2022**. This

2 │ is the third request for an extension.

3 │     The parties request this extension for multiple reasons. First, Plaintiff and NSHE

4 │ continue discussions to address Plaintiff's registration preferences for courses at the

5 │ University of Nevada, Reno. Second, the parties are analyzing what effect (if any) the

6 │ Supreme Court's recent opinions on federal vaccination policies have on this case. Third,

7 │ State Defendants' counsel has been ordered by the Fifth Circuit Court of Appeals on Friday,

8 │ January 15, 2022 to file an opposition to petition for rehearing on or before Monday,

9 │ January 24, 2022.

10 │     The proposed extension will allow the parties to attempt resolving these issues

11 │ without prejudice to any party.

12 │ DATED this 18th day of January, 2022.    DATED this 18th day of January, 2022.

13 │ AARON D. FORD           JENNINGS & FULTON, LTD.
   │ Attorney General

14 │

15 │ By: /s/ *Craig A. Newby*        By: /s/ *Adam Fulton*
   │    Craig A. Newby (Bar No. 8591)     Adam Fulton (Bar No. 11572)
   │    Deputy Solicitor General

16 │    *Attorneys for State Defendants*    Joseph S. Gilbert (Bar No. 9033)

17 │ THE NEVADA SYSTEM OF HIGHER    Roger O'Donnell (Bar No. 14593)
   │ EDUCATION               Joey Gilbert & Associates

18 │                               *Attorneys for Plaintiff*

19 │ By: /s/ *Yvonne Nevarez-Goodson*
   │    Joseph C. Reynolds (Bar No. 8630)

20 │    Chief General Counsel
   │    Yvonne Nevarez-Goodson (Bar No. 8474)

21 │    Deputy General Counsel
   │    *Attorneys for NSHE Defendants*

22 │

23 │     IT IS SO ORDERED.

24 │     DATED this __18th__ day of January, 2022.

25 │

26 │

27 │                       UNITED STATES DISTRICT COURT

28 │