Joseph C. Reynolds (Bar No. 8630)
Chief General Counsel
Yvonne Nevarez-Goodson (Bar No. 8474)
Deputy General Counsel
Board of Regents of the
Nevada System of Higher Education
2601 Enterprise Road
Reno, Nevada 89512
(775) 784-3226 (phone)
(775) 784-1127 (fax)
jreynolds@nshe.nevada.edu
ynevarez-goodson@nshe.nevada.edu

*Attorneys for NSHE Defendants*
*Melody Rose, Ph.D., Chancellor*
*Board of Regents of the*
*Nevada System of Higher Education and*
*Brian Sandoval, President*
*University of Nevada, Reno*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JONAH GOLD,<br><br>        Plaintiff,<br>vs.<br><br>BRIAN SANDOVAL, in his official capacity as PRESIDENT OF THE UNIVERSITY OF NEVADA, RENO; MELODY ROSE, in her official capacity as CHANCELLOR OF THE BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, a political subdivision of the State of Nevada; LISA SHERYCH, in her official capacity as ADMINISTRATOR OF DEPARTMENT OF HEALTH AND HUMAN SERVICES NEVADA DIVISION OF PUBLIC AND BEHAVIORAL HEALTH; STEVE SISOLAK, in his official capacity as GOVERNOR OF THE STATE OF NEVADA; and John and Jane Does 1 through 100,<br><br>        Defendants. | Case No. 3:21-cv-00480-JVS-CLB<br><br>**ORDER APPROVING STIPULATION TO CONTINUE OPPOSITION DEADLINE FOR NEVADA SYSTEM OF HIGHER EDUCATION ("NSHE") DEFENDANTS' MOTION TO DISMISS FOR MOOTNESS**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 and Local Rule C 7-1, Plaintiff Jonah Gold and Defendants Brian Sandoval, in his official capacity as President of the University of Nevada, Reno and Melody Rose, in her official capacity as Chancellor of Board of Regents of the Nevada System of Higher Education, a political subdivision of the State of Nevada ("NSHE Defendants") (collectively the "Parties") hereby stipulate to continue Plaintiff's deadline to reply in opposition to NSHE Defendants' pending motion to dismiss for mootness (ECF No. 47 ) from **Monday, February 14, 2022** until **Monday, February 28, 2022.** This is the first request for an extension.

The parties request this extension to accommodate conflicting schedules of the parties' counsel to meet and confer on the merits of the underlying claims and determine whether or how to proceed with this case.

The proposed extension will allow the parties to have this discussion without prejudice to any party.

DATED this 14th day of February, 2022.

THE NEVADA SYSTEM OF HIGHER EDUCATION

By: /s/ Joseph C. Reynolds
    Joseph C. Reynolds (Bar No. 8630)
    Chief General Counsel
    Yvonne Nevarez-Goodson
    Deputy General Counsel
    *Attorneys for NSHE Defendants*

DATED this 14th day of February, 2022.

JENNINGS & FULTON, LTD.

By: /s/ Adam Fulton
    Adam Fulton (Bar No. 11572)
    Joseph S. Gilbert (Bar No. 9033)
    Roger O'Donnell (Bar No. 14593)
    Joey Gilbert & Associates
    *Attorneys for Plaintiff*

IT IS SO ORDERED.
DATED this 15th day of February, 2022.

_____
UNITED STATES DISTRICT COURT CLERK