Adam R. Fulton, Esq.
Nevada Bar No. 11572
E-Mail: afulton@jfnvlaw.com
Logan G. Willson, Esq.
Nevada Bar No. 14967
E-Mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:   (702) 362-2060

Joseph S. Gilbert, Esq.
Nevada Bar No. 9033
E-Mail: joey@joeygilbertlaw.com
Roger O'Donnell, Esq.
Nevada Bar No. 14593
E-Mail: roger@joeygilbertlaw.com
**JOEY GILBERT & ASSOCIATES**
405 Marsh Avenue
Reno, Nevada 89509
Telephone: (775) 284-7700
Facsimile:   (775) 284-3809
*Attorneys for Plaintiff JONAH GOLD*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONAH GOLD, an individual | CASE NO.:   3:21-cv-00480 |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| BRIAN SANDOVAL, in his official capacity as PRESIDENT OF THE UNIVERSITY OF NEVADA, RENO; MELODY ROSE, in her official capacity as Chancellor of BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, a political subdivision of the State of Nevada; LISA SHERYCH, in her official capacity as Administrator of DEPARTMENT OF HEALTH AND HUMAN SERVICES NEVADA DIVISION OF PUBLIC AND BEHAVIORAL HEALTH; STEVE | |

-1-

| | |
|---|---|
| 1<br>2<br>3<br>4 | SISOLAK, in his official capacity as GOVERNOR OF THE STATE OF NEVADA; and John and Jane Does 1-100,<br><br>     Defendants. |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff JONAH GOLD (hereinafter "Plaintiff"), by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., hereby dismisses the entire action without prejudice pursuant to FRCP 41(a)(1)(A)(i). Defendants have not filed an answer or a motion for summary judgment pursuant to FRCP 41(a)(1)(A)(i).

TO THE CLERK OF THE COURT, please dismiss the entire action without prejudice pursuant to FRCP 41(a)(1)(A)(i).

DATED: February 15, 2022                    **JENNINGS & FULTON, LTD.**

                              By:   */s/ Adam R. Fulton, Esq.*
                                    ADAM R. FULTON, ESQ.
                                    Nevada Bar No.11572
                                    E-mail: afulton@jfnvlaw.com
                                    LOGAN G. WILLSON, ESQ.
                                    Nevada Bar No. 14967
                                    E-mail: logan@jfnvlaw.com
                                    2580 Sorrel Street
                                    Las Vegas, Nevada 89146
                                    Telephone: (702) 979-3565
                                    Facsimile:  (702) 362-2060
                                    *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of JENNINGS & FULTON, LTD., and that on the 15th day of February 2022, I caused a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to be served as follows:

  ____ by depositing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope; or

  ____ by facsimile transmission, pursuant to F.R.C.P. 5(b), as indicated below; or

   X by the Court's electronic filling and service system to all parties, as indicated below:

AARON D. FORD
Attorney General
Craig A. Newby (Bar No. 8591)
Deputy Solicitor General
State of Nevada Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
cnewby@ag.nv.gov
*Attorneys for State Defendants*

Joseph C. Reynolds (Bar No. 8630)
Chief General Counsel
Yvonne Nevarez-Goodson (Bar No. 8474)
Deputy General Counsel
Board of Regents of the Nevada System of Higher Education
2601 Enterprise Road
Reno, Nevada 89512
jreynolds@nshe.nevada.edu
ynevarez-goodson@nshe.nevada.edu
*Attorneys for NSHE Defendants*

             */s/ Misty Janati*
             *An Employee of*
             JENNINGS & FULTON, LTD.